UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD GIBSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LEA ANN CHRONES, Warden,<br><br>　　　　Respondent. | 1:05-CV-00042 AWI LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #55]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On August 22, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED with prejudice and the Clerk of Court be DIRECTED to enter judgment for Respondent. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections. On September 8, 2006, however, Petitioner did notify the Court that he had received the Findings and Recommendation.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 22, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court is DIRECTED to enter judgment for Respondent.


IT IS SO ORDERED.

**Dated:   October 12, 2006**                    /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE