IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD GIBSON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>LEA ANN CHRONES,<br><br>　　　　Respondent.<br>_____/ | 1:05-cv-0042 AWI-GSA (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO AUGUST 4, 2008 ORDER<br><br>(DOCUMENT #74) |

　　GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including, October 20, 2008, within which to file a brief in response to the Court's Order addressing whether Gibson is entitled to statutory tolling in connection with Los Angeles County Superior Court case number A613586.

　　IT IS SO ORDERED.

**Dated:　September 29, 2008**　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE